PHILIP D. STERN & ASSOCIATES, LLC
697 Valley Street, Suite 2-D
Maplewood, NJ 07040
(973) 379-7500
Attorney of Record: Philip D. Stern
Attorneys for Plaintiff, Wilfredo Garcia

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILFREDO GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>PRESSLER AND PRESSLER, LLP<br><br>    Defendants. | Case 2:10-cv-05849-JLL-CCC<br><br>**DISCLOSURE STATEMENT** |

The undersigned counsel for Plaintiff, Wilfredo Garcia, certifies that the Plaintiff,

Wilfredo Garcia

  __X__  are/is a natural individual.

  _____  is a non-governmental corporate party and

        _____ this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock;

        OR

        _____ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

                                      Philip D. Stern & Associates, LLC
                                      Attorneys for Plaintiff, Elizabeth J. Meloskie
                                      *s/Philip D. Stern*

Dated: November 16, 2010                           Philip D. Stern